**FILED**

JUN 3 0 2017

Clerk, U.S. District Court
Texas Eastern

General Complaint

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

_Tim Curtis Fishen_

_____

_____                    Case Number : 6:17cv390
                                                           RWS/JDL

List the full name of each plaintiff in this action.

VS.

_First Baptist Church_
_412 W Ferguson St_
_Tyler Texas 757_

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.    ATTEMPT TO SECURE COUNSEL:

      Please answer the following concerning your attempt to secure counsel.

      A.    In the preparation of this suit, I have attempted to secure the aid of an
            attorney as follows: (circle one)

            1.    Employ Counsel
            2.    Court - Appointed Counsel
            3.    Lawyer Referral Service of the State Bar of Texas,
                  P. O. Box 12487, Austin, Texas 78711.

      B.    List the name(s) and address(es) of the attorney(s):

            _Law Offices of R. Kelly Pace - 435 S. Bois D'Arc Tyler 75702_
            _Lone Star Legal Aid                                - 6/30/17_

            _____

C.      Results of the conference with counsel:

_____

_____

_____

II.    List previous lawsuits:

A.      Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? _____Yes _____✓____No

B.      If your answer to "A" is "yes",  describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1.    Approximate file date of lawsuit: _____*NA*_____

2.    Parties to previous lawsuit(s):

Plaintiff_____*NA*_____

Defendant_____*NA*_____

Attach a separate piece of paper for additional plaintiffs or defendants.

3.    Identify the court the lawsuit was filed. If federal, name the district.  If state, name the county.

_____*NA*_____

4.    Docket number in other court. _____*NA*_____

5.    Name of judge to whom the case was assigned.

_____*NA*_____

6.    Disposition: Was the case dismissed, appealed or still pending?

_____*NA*_____

7.    Approximate date of disposition. _____*NA*_____

III.   Parties to this suit:

    A.   List the full name and address of each plaintiff:

        Pla #1 _Tim Curtis Fishen_

        _(Homeless- living in Car)_

        _Friends P.O. Box 6153 Tyler, Texas 75711_

        Pla #2 _N A_

    B.   List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: _Joyce Hahn_

        _412 W. Ferguson_

        _First Baptist Church Tyler Texas   757_

        Dft #2: _Jerald_

        _412 W. Ferguson_

        _First Baptist Church Tyler Texas   757_

        Dft #3 _Billy Bob_

        _412 W. Ferguson_

        _First Baptist Church Tyler Texas 757_

Attach a separate sheet for additional parties.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

(Brief History) My Name is Tim. I am living in my van-Ford.
I went to "FACFBC - Tyler -" Family assistance
Center on Ferguson for help 'Some food' plus coffee
on Tuesday and Thursday. I was asked by Joyce H
to help - to volunteer - take out groceries - after several
months at my volunteering and her (Joyce's) constant
complaining I stopped volunteering. I returned
for "assistance only" Joyce complained about my "not
volunteering." - There was not a single 'Bad" incident.
ON the Date of 6/18/2017 Joyce approached me while
I sat in a chair in the FACFBC facility - She
said (stated) in a loud voice to me (Tim) that I was
Not allowed to "sit in the Spanish Section" also
that I must leave the facility after receiving my "SOS"
- Food - which I had not at that time. - Others were
allowed to stay and coffee. Another "White Guy - Kahib"
was allowed to stay in that section - Five People
in 25-30 chairs - three Hispanic Women. - I talked
with Jerald trying to Resolve the issue - No help.
ON Monday 6-12-2017 I asked Sue in First Baptist
to talk with "Some one" I was Informed Billy Bob
was looking for me. Billy Bob Stated I would Be watched
And Barred with any Repeated Incident. Said I was
glaring at Joyce

V.      Relief: State Briefly exactly what you want the court to do for you.  Make no legal
         arguments and do not cite cases or statutes.  Attach additional pages if necessary.

I very much resent being singled out and
treated unfairly — Discriminate against stop this
1) there was/is no Spanish Section I did     please
No harm sitting there. Caleb was left there (white guy)
2) also I resent being told to leave (me alone)
while 50-60 others were allowed to stay
3) then having Billy Bob tell me I was glaring at
Joyce and that I would be watched -

Signed this ____12____ day of _____6_____, 20 _17_.
                                    (Month)              (Year)

_Tim Curtis Fisher_

_____

_____

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: ___6/12/2019___
                        Date

_Tim Curtis Fisher_

_____

_____
                   Signature of each plaintiff