**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **TIM CURTIS FISHER,** | § | |
| | § | |
| | § | **CIVIL ACTION NO. 6:17-CV-00390-RWS** |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| **FIRST BAPTIST CHURCH, JOYCE HAHN, JERALD UNKNOWN, BILLY BOB UNKNOWN,** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge (Docket No. 16) has been presented for consideration. The Magistrate Judge recommends granting Defendant's Motion to Dismiss (Docket No. 11.) Plaintiff received notice of the Report and Recommendation on October 12, 2017. (Docket No. 17.) No objections were filed in response to the Report and Recommendation. Having carefully considered the Report and Recommendation, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Plaintiff has failed to establish subject matter jurisdiction in this Court. Therefore, the Court adopts the Report and Recommendation of the United States Magistrate Judge as the findings of this Court. Accordingly, it is hereby **ORDERED** that Plaintiff's Motion to Dismiss be **GRANTED** and that Plaintiff's claims be **DISMISSED**.

**So ORDERED and SIGNED this 28th day of November, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE