# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **TIM CURTIS FISHER,** | § § § | |
| **Plaintiff,** | § § § | **CIVIL ACTION NO.  6:17-CV-00390-RWS** |
| **v.** | § § | |
| **FIRST BAPTIST CHURCH, JOYCE HAHN, JERALD UNKNOWN, BILLY BOB UNKNOWN,** | § § § § § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

Pursuant to the Order Adopting Report and Recommendation of United States Magistrate Judge entered on this same date, it is hereby **ORDERED** and **ADJUDGED** that the above-entitled action be **DISMISSED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 28th day of November, 2017.**

*Robert W Schroeder III*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE